**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CARY GAGAN, )  </br> ) </br> Petitioner, ) </br> ) </br> vs. ) </br> ) </br> FRED FIGUEROA, ) </br> ) </br> Defendant. ) | NO. CIV-08-0001-HE |

## ORDER

Petitioner Cary Gagan, a federal and Colorado state prisoner appearing *pro se*, filed this action pursuant to 28 U.S.C. § 2241 seeking a writ of habeas corpus. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Doyle W. Argo, who recommends that the petition be denied.

Petitioner has filed a four-part objection, but fails therein to make any specific objections to the Report and Recommendation.[1] Instead, he reurges the same arguments presented to the Magistrate Judge. After a *de novo* review, the court finds that petitioner has failed to established a basis for habeas relief. Having failed to make specific objections to the Report and Recommendation, petitioner has waived further review of the issues contained therein. *See* United States v. 2121 East 30th Street, 73 F.3d 1057, 1059-60 (10th Cir. 1996).

---

[1] *Petitioner's objection and accompanying exhibits total 196 pages. Because petitioner is proceeding pro se, his pleadings are liberally construed. See* Trackwell v. United States, *472 F.3d 1242, 1243 (10th Cir. 2007).*

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. # 14] and **DENIES** the petition for writ of habeas corpus.  Petitioner's motions for release on personal recognizance [Doc. #11] and for a protective order [Doc. #38] are **DENIED**.  Petitioner's motion for an order to proceed [Doc. #37] is **STRICKEN** as moot.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE